AO 451 (TXND Rev 10/13) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Siwell Inc d/b/a Capital Mortage Services ) <br> *Plaintiff* ) <br> v. ) <br> William Berthelette et al ) <br> *Defendant* ) | Civil Action No. 5:19-cv-00025-C |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   01/31/2022   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for filing an appeal has expired, and if an appeal was filed, it is no longer pending.

Date:   07/26/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*