Case 5:19-cv-00025-C   Document 42   Filed 01/31/22   Page 1 of 1   PageID 362

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SIWELL, INC. *d/b/a Capital Mortgage, Services of Texas* | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WILLIAM BERTHELETTE and LAND GORILLA, INC., | ) ) ) ) |
| Defendants. | ) Civil Action No. 5:19-CV-025-C |

### FINAL JUDGMENT

For the reasons stated in the Court's Order of even date, therein confirming the Arbitrator's Final Award,

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

1. Land Gorilla, Inc. shall recover against Siwell, Inc. d/b/a Capital Mortgage Services of Texas in the amount of $137,477.89, plus post-award interest at the rate of 1.5% per month, from November 20, 2020 up to the date of this Judgment.

2. Land Gorilla, Inc. shall recover against Siwell, Inc. d/b/a Capital Mortgage Services of Texas attorneys' fees in the amount of $105,478.51.

3. Land Gorilla, Inc. shall recover against Siwell, Inc. d/b/a Capital Mortgage Services of Texas additional attorneys' fees in the amount of $6,919.17 that Land Gorilla, Inc. incurred in post-arbitration collection efforts.

4. Land Gorilla, Inc. shall recover post-judgment interest rate at the rate described in 28 U.S.C. § 1961(a).

SIGNED this 31st day of January, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE